UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN CAPLAN, *et al.*, | Case No. 1:24-cv-07996-JMF |
| Plaintiffs, | |
| vs. | **LIMITED NOTICE OF APPEARANCE** |
| SEAN DOLLINGER, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters a limited appearance as counsel for Defendants Sean Dollinger, Lorne Rapkin, Alexandra Hoffman, Kumar Abhishek, Shariq Khan, Julia J. Frank, Veg House Holdings, Inc., Dollinger Holdings, LLC, LQR House, Inc., South Doll Limited Partnership, 1347608 B.C. Limited Corp., Cay Innovations Ltd., PlantX Midwest, Inc., Veg House Illinois, Inc., PlantX Living, Inc., Vegaste Technologies US Corp., Little West, LLC, Plant-Based Deli, LLC, WS West, LLC, Veg House Holdings GP Inc., and New Deli Hillcrest, LLC ("Defendants") in the above-captioned action.

This limited appearance is entered solely for purposes of addressing the Plaintiffs' default judgment motion and bringing a motion to dismiss. Defendants, through their undersigned counsel, expressly oppose personal jurisdiction and proper service.

The undersigned hereby requests that all further notices and copies of pleadings, papers, and other material(s) in this action be directed to and served upon the undersigned.

1

Dated: January 28, 2025                          Respectfully submitted,

                                                  **LUCOSKY BROOKMAN LLP**

By: */s/ Samuel L. Blatnick*
     Samuel L. Blatnick
     7300 W. 110th Street
     Suite 700
     Overland Park, KS 66210
     (913) 392-8505
     sblatnick@lucbro.com

***ATTORNEYS FOR LIMITED DEFENDANTS***

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the above-named Defendants, hereby certify that a true and correct copy of the above and foregoing was filed with the Court on this 28th day of January, 2025, and served on all counsel of record via the Court's electronic filing system.

Dated: January 28, 2025                          */s/ Samuel L. Blatnick*
                                                                                   Samuel L. Blatnick