# GUSRAE KAPLAN NUSBAUM PLLC

### ATTORNEYS AT LAW

RICHARD DEVITA
TIMOTHY FEIL
SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
KARI PARKS

120 WALL STREET – 25TH FLOOR
NEW YORK, NEW YORK 10005

425 BROADHOLLOW ROAD
SUITE 300
MELVILLE, NEW YORK 11747

OF COUNSEL
ROBERT L. BLESSEY

TEL. (212) 269-1400
FAX  (212) 809-4147

www.gusraekaplan.com

February 27, 2026

**VIA ECF**

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 102.

The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

SO ORDERED.

RE: <u>Caplan et al. v. PlantX Life, Inc. et ano.</u>, No. 1:24-cv-07996 (JMF)

February 27, 2026

Dear Judge Furman:

      This firm represents "**Plaintiffs**" and writes jointly with counsel for "**Defendants**" "**PlantX**" Life, Inc. and Sean Dollinger (together with Plaintiffs, the "**Parties**") to respectfully request that the Court allow the depositions of Defendant Sean Dollinger and former PlantX Chief Marketing Officer Alex Hoffman to be taken on March 30 and a date to be scheduled, respectively, which conflict with the fact discovery deadline of March 6, 2026. Mr. Dollinger and Ms. Hoffman's depositions were scheduled to occur in-person at undersigned's office this past Monday and Tuesday, February 24 and 25, but both witnesses' flights were canceled due to the blizzard. These depositions would not affect any other deadlines, as summary judgment motions currently are due no later than July 2, 2026. Thank you for considering the Parties' request.

      Respectfully submitted,

      /s/ Kari Parks
      Kari Parks

cc:    All counsel of record (via ECF)