UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

IVAN CAPLAN et al.,                              :

                                :

                Plaintiffs,          :            24-CV-7996 (JMF)

                                :

           -v-                   :               <u>ORDER</u>

                                :

SEAN DOLLINGER et al.,                    :

                                :

                Defendants.         :

                                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties consent to the Court conducting a bench trial in this matter.  *See* ECF No. 92.
As discussed during the conference held on March 11, 2026, the following schedule shall govern
the further conduct of pretrial proceedings in this case:

1. Discovery will close on **March 31, 2026**.

2. Plaintiffs shall file any motion for leave to amend (to add new Defendants) no later than
   **April 14, 2026.**  Any opposition shall be filed no later than **April 28, 2026.**  A reply, if
   any, shall be filed no later than **May 5, 2026.**

3. By **May 26, 2026**, the parties shall file a proposed Joint Pretrial Order, including any and
   all information relevant to the trial referenced in the Court's Individual Rules and
   Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) with
   respect to Joint Pretrial Orders.

4. At the **same time**, the parties shall each file Proposed Findings of Fact and Conclusions
   of Law.  As there may be no opportunity for post-trial submissions, the Proposed
   Findings of Fact should be detailed and should include citations to the proffered trial
   testimony and exhibits, and the Proposed Conclusions of Law shall include all law that
   the parties wish to submit to the Court.  The parties may not submit additional
   memoranda of law (before or after trial) without leave of Court.

5. At the **same time**, the parties shall serve, *but not file*, affidavits constituting the direct
   testimony of each trial witness, except for the direct testimony of an adverse party, a
   person whose attendance is compelled by subpoena, or a person for whom the Court has
   agreed to hear direct testimony live at the trial.  Witness affidavits are subject to the same
   rules and restrictions as would apply in the case of live testimony (i.e., they are a direct
   substitute for the live direct testimony), so the parties should be diligent in complying

with all applicable Rules of Evidence, including but not limited to the rules regarding hearsay, personal knowledge, and proper foundation (e.g., as to any evidence offered in connection with the witness's direct testimony). Additionally, Rule 615 of the Federal Rules of Evidence applies to the witness affidavits just as it would if the witnesses were providing live testimony in open court. That is, fact witnesses may not read any affidavit of another witness (unless and until the Court grants leave to do otherwise in accordance with Rule 615). It is counsel's obligation to ensure that witnesses are aware of, and comply with, that rule.

6. At the **same time**, the parties shall also serve, *but not file*, all deposition excerpts that will be offered as substantive evidence, as well as a one-page synopsis (with transcript citations) of those excerpts for each deposition.

7. At the **same time**, the parties shall provide the Court with an electronic copy of each exhibit sought to be admitted (with each filename corresponding to the relevant exhibit number — e.g., "PX-1," "DX-1," etc.) on either a CD-ROM or a flash drive. If submission of electronic copies would be an undue burden on a party, the party may seek leave of Court (by letter-motion filed on ECF) to submit prospective documentary exhibits in hard copy. Each hard copy shall be pre-marked (that is, with an exhibit sticker) and assembled sequentially in a loose leaf binder (not to exceed 2 1/2 inches in thickness) or in separate manila folders labeled with the exhibit numbers and placed in redweld folders labeled with the case name and docket number. The parties shall also provide, by e-mail to the Court (Furman_NYSDChambers@nysd.uscourts.gov), a Microsoft Word document listing all exhibits sought to be admitted. The list shall contain four columns labeled as follows: (1) "Exhibit Number"; (2) "Description" (of the exhibit); (3) "Date Identified"; and (4) "Date Admitted." The parties shall complete the first two columns, but leave the third and fourth columns blank, to be filled in by the Court during trial.

8. **Three business days after submission of the affidavits** discussed above, counsel for each party shall file a list of all affiants whom he or she intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial. The original signed affidavits should be brought to trial to be marked as exhibits.

9. By **June 2, 2026**, the parties shall file any reply memorandum of law to any memorandum filed with the Joint Pretrial Order.

10. By the **same date**, each side shall file, with respect to each direct testimony affidavit submitted by the opposing side, a chart with three columns: (1) listing any paragraph number of the affidavit to which the side objects; (2) the text of the paragraph subject to objection; and (3) the basis for the objection (e.g., "hearsay," "lack of personal knowledge," "foundation," "relevance," etc.).

11. The parties shall be prepared for trial to begin as early as approximately two weeks after the submission of the Joint Pretrial Order and related materials, but the Court will provide further guidance on the scheduling of trial and a final pretrial conference after the parties

2

make their pretrial submissions.  To aid the Court in setting a trial date, the parties should file a joint letter with the proposed Joint Pretrial Order indicated any dates on which they would be unavailable for trial between June 16, 2026, and the end of the calendar year.

SO ORDERED.

Dated: March 11, 2026
      New York, New York

                     JESSE M. FURMAN
                   United States District Judge