# GUSRAE KAPLAN NUSBAUM PLLC

### ATTORNEYS AT LAW

RICHARD DEVITA
TIMOTHY FEIL
SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
KARI PARKS

120 WALL STREET – 25TH FLOOR
NEW YORK, NEW YORK 10005

425 BROADHOLLOW ROAD
SUITE 300
MELVILLE, NEW YORK 11747

TEL. (212) 269-1400

www.gusraekaplan.com

OF COUNSEL
ROBERT L. BLESSEY

March 26, 2026

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

RE: Caplan et al. v. Dollinger et ano., No. 1:24-cv-07996 (JMF)

Dear Judge Furman:

This firm represents Plaintiffs in the above-captioned action. Thank you for promptly responding to yesterday's letter motion by scheduling a conference for this Tuesday, March 31. See Dkt. 120 at 2 (Mar. 26, 2026). Defendants' counsel has told me that last night, Defendant PlantX Life, Inc.'s former Chief Marketing Officer, whom Plaintiffs believe to be one of the most culpable people involved in the PlantX asset transfers, confirmed that she will travel and appear for her in-person deposition scheduled for the same day at my Wall Street office.

Therefore, if the Court is willing to allow Plaintiffs to depose that person after March 31 (the current discovery deadline), Plaintiffs do not request that the Court reschedule Tuesday's conference.

If the Court would prefer that Plaintiffs proceed with Tuesday's deposition as scheduled, Plaintiffs respectfully request that the Court adjourn the conference to Wednesday, April 1, before 1:00p, because Defendants' lead counsel, Matthew Ross, has indicated that he cannot appear in Manhattan after 2:30pm on Wednesday and is unavailable on Thursday and Friday, April 2 and 3. Due to religious obligations, I myself also am not available Wednesday afternoon or Friday after 10:30am, but am available all day on Thursday.

GUSRAE KAPLAN NUSBAUM PLLC

The Honorable Jesse M. Furman
March 25, 2026
Page 2

Thank you for your time and consideration.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

cc:    All counsel of record (via ECF)

The Court is not available on April 1, 2, or 3 due to the religious holiday. Accordingly, the conference will proceed as scheduled. The fact discovery deadline is hereby EXTENDED to April 10, 2026, for the limited purpose of taking the deposition of PlantX's former chief marketing officer.

The Clerk of Court is directed to terminate ECF No. 121.

SO ORDERED.

March 26, 2026