## GUSRAE KAPLAN NUSBAUM PLLC

**ATTORNEYS AT LAW**

RICHARD DEVITA
TIMOTHY FEIL
SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
KARI PARKS

**120 WALL STREET – 25TH FLOOR**
**NEW YORK, NEW YORK 10005**

**425 BROADHOLLOW ROAD**
**SUITE 300**
**MELVILLE, NEW YORK 11747**

TEL. (212) 269-1400

www.gusraekaplan.com

OF COUNSEL
ROBERT L. BLESSEY

April 22, 2026

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Courtroom 24B
New York, New York 10007

RE: <u>Caplan et al. v. Dollinger et ano.</u>, No. 1:24-cv-07996 (JMF)

Dear Judge Furman:

This firm represents "**Plaintiffs**" in the above-captioned action and writes jointly with counsel for "**Defendants**" "**PlantX**" Life Inc. and Sean Dollinger (with Plaintiffs, the "**Parties**") to respectfully request that the Court extend all motion to amend briefing deadlines by three days, in hopes that those extra days will enable the Parties to finalize and execute a settlement agreement term sheet while avoiding the burdens of additional motion practice, including the motion to amend currently due this coming Tuesday, April 28.

This is the Parties' second request to extend this deadline; the Court granted the Parties' first request to extend the deadline from April 14 to April 28 in order to allow the Parties to have deposition transcripts in hand before they began working on the motion in earnest. <u>See</u> Dkt. 113 (March 19, 2026). The Parties currently do not have a scheduled appearance before the Court. This extension should not affect the action's other deadlines, which are: June 9, 2026 for submission of a Joint Pretrial Order, Proposed Findings of Fact and Conclusions of Law, Witness Affidavits, Deposition Excerpts, Trial Exhibits; June 12, 2026 (or three days after submission of affidavits) for submission of cross-examination witness lists; June 16, 2026 for reply memoranda of law to any memorandum filed with the Joint Pretrial Order and charts with objections to direct testimony. <u>See</u> Dkt 126 (March 31, 2026).

GUSRAE KAPLAN NUSBAUM PLLC

The Honorable Jesse M. Furman
April 22, 2026
Page 2

During the April 17 mediation, the Parties came to a tentative agreement on high-level settlement terms that require Defendants to provide additional information regarding certain means of security for the settlement amount before the Parties will finalize a term sheet and, eventually, settlement agreement. The Parties' goal is to execute a term sheet as soon as possible and subsequently jointly seek a brief stay of all deadlines to enable Defendants to fulfill their settlement obligations before Plaintiffs dismiss this case with prejudice.

Although the Parties hoped that Defendants would be able to provide that information and finalize a term sheet by yesterday, Defendants have informed Plaintiffs that they are continuing to work on obtaining the information as of the date of this letter and intend to provide it to Plaintiffs by the end of this week. But with Plaintiffs' motion to amend due in six days, Plaintiffs will need to devote significant resources to that motion in the interim, even if Defendants are ultimately able to provide that comfort by the end of the week.

Therefore, in order to potentially negate Plaintiffs' need to incur additional expense preparing the motion to amend, the Parties jointly request a three-day extension of each motion to amend deadline, pushing Plaintiffs' motion deadline from April 28 to May 1, Defendants' opposition deadline from May 12 to May 15, and Plaintiffs' reply deadline from May 19 to May 22. We believe that extending these deadlines will appropriately balance conserving party and judicial resources against any potential further delay of this case's final judgment, should the Parties prove unable to resolve this matter privately.

Thank you for considering the Parties' request.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

cc:     All counsel of record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 143.

SO ORDERED.

April 22, 2026